PEOPLE EX REL. BARTHOLOMEW MCMAHON V. THE BOARD
OF AUDITORS OF WAYNE COUNTY.

*Mandamus to refund fine after reversal.*

Mandamus was granted to compel the Board of Auditors to refund
a fine, the judgment under which it was imposed having been
reversed on certiorari, and the fine having been paid to avoid
imprisonment.

MANDAMUS. Motion submitted and denied June 17.

*James H. Pound* for the writ.

*Charles E. Miller* against.

———◦———

JOHN M. HOFFMAN ET AL. V. CHARLES F. HARRINGTON ET AL.

*Revivor of real action.*

A writ of error in ejectment was dismissed because defendant was
dead when the writ issued and the heirs had been brought in
instead of the administrators as representatives of the deceased
defendant.

MOTION to dismiss writ. Submitted and granted June 17.

*O'Brien J. Atkinson* for the motion.

*Geo. P. Voorheis* against.